United States District Court
Southern District of Texas
**ENTERED**
July 10, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **DONNA COLBERT,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **Civil Case No. 4:22-CV-02614** |
| | § | |
| **LEE RAY BOYKIN,** | § | |
| | § | |
| **Defendant.** | § | |

<u>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE</u>

Pending before the Court is the May 30, 2024 Memorandum and Recommendation

("M&R") prepared by Magistrate Judge Peter Bray.  (Dkt. No. 50).  Judge Bray made

findings and conclusions and recommended that Plaintiff's Motion for Default Judgment,

(Dkt. No. 46), be denied.  (Dkt. No. 50).

The Parties were provided proper notice and the opportunity to object to the M&R.

*See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).  No party filed an objection.  As a result,

review is straightforward: plain error.  *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th

Cir. 2005).  No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court.

It is therefore ordered that:

(1)     Judge Bray's M&R (Dkt. No. 50) is **ACCEPTED** and **ADOPTED** in its
        entirety as the holding of the Court; and

(2)      Plaintiffs' Motion for Default Judgment, (Dkt. No. 46), is **DENIED**.

It is SO ORDERED.

Signed on July 10, 2024.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**

2